**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jonathan Clyde Vidrine
West & Vidrine
P. O. Drawer 1019
Ville Platte LA 70586


**REHEARING ACTION: January 27, 2010**


**Docket Number: 09   00670-CA**

**L. C. DESHOTEL**
**VERSUS**
**VILLAGE OF PINE PRAIRIE**

**Appealed from EVANGELINE Parish Case No. 69062-B**


**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. J. David Painter**
    **Hon. James T. Genovese**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **L. C. Deshotel** has this day been

    **DENIED.**
    Genovese, J., would grant rehearing.


cc: Randall Brian Keiser, Counsel for the Appellant